

# SUDERMAN & YOUNG
### Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     1 January 2010
Invoice:  1100013
Page:     1

Houston, Texas

# INVOICE

```
For services of tugs CAPT. WD HADEN & THE DEACON
To Kinder Morg Galena 4
Gross Tonnage     23,538           $192.00                              3330.00
On 12/30/2009 start 0637 finish 0913          Overtime                  1165.50
                                Fuel Surcharge  ( 3.00%)                  99.90

For services of tugs C.R. HADEN & CAPT. WD HADEN
From Kinder Morg Galena 4
Gross Tonnage     23,538           $192.00                              3330.00
On 01/01/2010 start 1206 finish 1412          Overtime                  1165.50
                                Fuel Surcharge  ( 3.00%)                  99.90

                              Straight Time  $            6660.00
                                   Overtime                2331.00
                           Tractor Surcharge                  0.00
                                                     ------------
                              Gross Invoice  $            8991.00
                         Less Discount 17.00%             1528.47
                              Fuel Surcharge               199.80
                                                     ------------
                                Net Invoice  $            7662.33
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



**SUDERMAN & YOUNG**
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

REMITTANCE BY WIRE:
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:      4 January 2010
Invoice:   4100006
Page:      1

Corpus Christi, Texas

# INVOICE

```
For services of tugs THE JUDGE & JANET M
From By Main Basin         To Oil Dock 04
Gross Tonnage      23,538       $192.00                           4448.00
On 01/02/2010                              Overtime                  0.00
                                  Fuel Surcharge  ( 3.00%)         133.44

For services of tug MARK K
From Oil Dock 04
Gross Tonnage      23,538        $96.00                           1872.00
On 01/04/2010 start 0630 finish 0744       Overtime                655.20
                                  Fuel Surcharge  ( 3.00%)          56.16

                                       Straight Time  $           6320.00
                                             Overtime              655.20
                                    Tractor Surcharge                0.00
                                                          -----------
                                       Gross Invoice  $           6975.20
                                  Less Discount 17.00%            1185.78
                                        Fuel Surcharge             189.60
                                                          -----------
                                         Net Invoice  $           5979.02
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



**SUDERMAN & YOUNG**
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

REMITTANCE BY WIRE:
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

THE MONSEIGNEUR

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     22 January 2010
Invoice:  1100227
Page:     1

Houston, Texas

# INVOICE

```
For services of tugs ANDREW K & HADEN II
To Magellan 1
Gross Tonnage      23,538        $192.00                              3330.00
On 01/21/2010 start 1749 finish 2010           Overtime       1165.50
                                 Fuel Surcharge  ( 6.00%)      199.80

For services of tugs C.R. HADEN & CAPT. WD HADEN
From Magellan 1
Gross Tonnage      23,538        $192.00                              3330.00
On 01/22/2010 start 1710 finish 1831           Overtime       1165.50
                                 Fuel Surcharge  ( 6.00%)      199.80
```

                          Straight Time  $    6660.00
                                Overtime      2331.00
                       Tractor Surcharge         0.00
                                          ----------
                          Gross Invoice  $    8991.00
                    Less Discount 17.00%      1528.47
                          Fuel Surcharge       399.60
                                          ----------
                          Net Invoice    $    7862.13

Houston • Galveston • Texas City • Freeport • Corpus Christi



**SUDERMAN & YOUNG**

Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

ANASAZI

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     23 January 2010
Invoice:  4100042
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tug WILLIAM M
From By Main Basin          To Oil Dock 07
Gross Tonnage     24,458         $100.00                              2228.00
On 01/21/2010                                    Overtime                0.00
                                   Fuel Surcharge  ( 6.00%)            133.68

For services of tug THE JUDGE
To Oil Dock 07
Gross Tonnage     24,458         $100.00                              1876.00
On 01/21/2010                                    Overtime                0.00
                                   Fuel Surcharge  ( 6.00%)            112.56

For services of tug WILLIAM M
From Oil Dock 07            To By Main Basin
Gross Tonnage     24,458         $100.00                              2228.00
On 01/23/2010                                    Overtime                0.00
                                   Fuel Surcharge  ( 6.00%)            133.68
```

            Straight Time     $   6332.00
                 Overtime         0.00
         Tractor Surcharge         0.00
                              -----------
            Gross Invoice    $   6332.00
     Less Discount  17.00%       1076.44
            Fuel Surcharge         379.92
                              -----------
              Net Invoice    $   5635.48

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
## Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**ANASAZI**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:    6 February 2010
Invoice: 1100378
Page:    1

Houston, Texas

# INVOICE

```
For services of tugs ANDREW K & LEXIE M
To ITC 8
Gross Tonnage     24,458       $200.00                              3456.00
On 02/04/2010 start 1834 finish 2009              Overtime          1209.60
                                   Fuel Surcharge  ( 6.00%)          207.36

For services of tugs ANDREW K & THOR
From ITC 8
Gross Tonnage     24,458       $200.00                              3456.00
On 02/06/2010 start 0436 finish 0544              Overtime          1209.60
                                   Fuel Surcharge  ( 6.00%)          207.36

                                           Straight Time   $        6912.00
                                                Overtime            2419.20
                                       Tractor Surcharge               0.00
                                                             -----------
                                           Gross Invoice   $        9331.20
                                     Less Discount 17.00%           1586.30
                                           Fuel Surcharge            414.72
                                                             -----------
                                             Net Invoice   $        8159.62
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     20 February 2010
Invoice:  1100535
Page:     1

Houston, Texas

# INVOICE

```
For services of tug ROSEMARY
From By Green's Bayou      To Kinder Morg Galena 2
Gross Tonnage       23,538         $96.00                              2719.00
                                         Tractor Surcharge             918.05
On 02/19/2010                            Overtime                        0.00
                                   Fuel Surcharge   ( 3.00%)           109.11

For services of tug HARRIS II
To Kinder Morg Galena 2
Gross Tonnage       23,538         $96.00                              1665.00
On 02/19/2010                            Overtime                        0.00
                                   Fuel Surcharge   ( 3.00%)            49.95

For services of tugs ANDREW K & ROSEMARY
From Kinder Morg Galena 2
Gross Tonnage       23,538        $192.00                              3330.00
On 02/20/2010 start 1738 finish 1856     Overtime                     1165.50
                                   Fuel Surcharge   ( 3.00%)            99.90

                                      Straight Time  $     7714.00
                                              Overtime     1165.50
                                     Tractor Surcharge      918.05
                                                         ----------
                                      Gross Invoice  $     9797.55
                                 Less Discount 17.00%      1665.58
                                        Fuel Surcharge      258.96
                                                         ----------
                                        Net Invoice  $     8390.93
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG

Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

THE MONSEIGNEUR

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX 78205-1868

Date:    21 February 2010
Invoice: 4100087
Page:    1

Corpus Christi, Texas

# INVOICE

```
For services of tugs PHILIP K & MARK K
From By Main Basin        To Citgo Dock 01
Gross Tonnage    23,538       $192.00                           4448.00
On 02/19/2010                             Overtime                 0.00
                                  Fuel Surcharge  ( 3.00%)       133.44

For services of tug WILLIAM M
From Citgo Dock 01        To By Main Basin
Gross Tonnage    23,538       $96.00                            2224.00
On 02/21/2010 start 1504 finish 1607      Overtime               778.40
                                  Fuel Surcharge  ( 3.00%)        66.72

                                     Straight Time  $           6672.00
                                          Overtime               778.40
                                  Tractor Surcharge                0.00
                                                        ------------
                                     Gross Invoice  $           7450.40
                                Less Discount 17.00%            1266.57
                                     Fuel Surcharge              200.16
                                                        ------------
                                       Net Invoice  $           6383.99
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
### Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

REMITTANCE BY WIRE:
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**ANASAZI**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX 78205-1868

Date: 24 February 2010
Invoice: 4100096
Page: 1

Corpus Christi, Texas

# INVOICE

```
For services of tugs PHILIP K & WILLIAM M
From By Main Basin          To Oil Dock 11
Gross Tonnage      24,458         $200.00                              4456.00
On 02/22/2010 start 2217 finish 0057        Overtime       1559.60
                                  Fuel Surcharge  ( 3.00%)   133.68

For services of tug JANET M
From Oil Dock 11            To By Main Basin
Gross Tonnage      24,458         $100.00                              2228.00
On 02/24/2010                               Overtime          0.00
                                  Fuel Surcharge  ( 3.00%)    66.84

                               Straight Time  $     6684.00
                                    Overtime        1559.60
                            Tractor Surcharge          0.00
                                                 -----------
                               Gross Invoice  $     8243.60
                         Less Discount 17.00%        1401.41
                               Fuel Surcharge         200.52
                                                 -----------
                                 Net Invoice  $     7042.71
```

Houston • Galveston • Texas City • Freeport • Corpus Christi


**SUDERMAN & YOUNG**
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

REMITTANCE BY WIRE:
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     25 February 2010
Invoice:  4100100
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tugs THE JUDGE & JANET M
From By Main Basin        To Oil Dock 07
Gross Tonnage    23,538         $192.00                              4448.00
On 02/21/2010 start 0445 finish 0656           Overtime              1556.80
                                  Fuel Surcharge  ( 3.00%)            133.44

For services of tug PHILIP K
From Oil Dock 07          To By Main Basin
Gross Tonnage    23,538         $96.00                               2224.00
On 02/25/2010 start 2213 finish 2343           Overtime               778.40
                                  Fuel Surcharge  ( 3.00%)             66.72

                                      Straight Time  $               6672.00
                                           Overtime                  2335.20
                                   Tractor Surcharge                    0.00
                                                              -----------
                                      Gross Invoice  $               9007.20
                                Less Discount 17.00%                 1531.22
                                      Fuel Surcharge                  200.16
                                                              -----------
                                        Net Invoice  $               7676.14
```

Houston • Galveston • Texas City • Freeport • Corpus Christi